**FILED**

JUN 13 2023

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

## United States District Court
### Eastern District of North Carolina
### Western Division

Case No. 5:23-CT-3183-D

(To be filled out by Clerk's Office only)

Robert E. Lafond

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

Inmate Number 44053-013

-against-

DR. Patrick P. CRAFT MD

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

## COMPLAINT

*(Pro Se* Prisoner)

Jury Demand?
☒ Yes
☐ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

Case 5:23-ct-03183-D    Document 1    Filed 06/13/23    Page 1 of 13

## I.    COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐    42 U.S.C. § 1983 (state, county, or municipal defendants)

☒    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐    Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II.    PLAINTIFF INFORMATION

Robert E. Laford
Name

44053-013
Prisoner ID #

Butner medical f.c.I. #2
Place of Detention

P.O. Box 1500
Institutional Address

Butner          North Carolina          27509
City                              State                    Zip Code

## III.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐    Pretrial detainee    ☐ State    ☐ Federal
☐    Civilly committed detainee
☐    Immigration detainee
☐    Convicted and sentenced state prisoner
☒    Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:  Dr. PAtrick P. CRAft M.D.
Name

medical Doctor
Current Job Title

P.O. Box 1500
Current Work Address

Butner & North Carolina        27509
City                    State              Zip Code

Capacity in which being sued: ☒ Individual ☐ Official ☐ Both

Defendant 2:
Name

Current Job Title

Current Work Address

City                    State              Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

## Defendant(s) Continued

Defendant 3: _____
Name

_____
Current Job Title

_____
Current Work Address

_____
City                          State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both


Defendant 4: _____
Name

_____
Current Job Title

_____
Current Work Address

_____
City                          State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Case 5:23-ct-03183-D     Document 1     Filed 06/13/23     Page 4 of 13

## V.  STATEMENT OF CLAIM

Place(s) of occurrence: F.C.I.-2 Butner MEDICAL in Butner N.C

Date(s) of occurrence: NOV. 2020 to Present

State which of your federal constitutional or federal statutory rights have been violated:

_____

_____

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

[Who] Plaintiff asserts that Defendent craft, by his actions and inactions violated the Eighth Amendment to the U.S. constitution.

> Who
> did what to
> you?

Statement of Claim
Statement of Facts #1

Defendant Craft, Plaintiff's Primary care Provider, has intentionally, willfully and with malicious intent taken actions or refused to take actions which placed Plaintiff at serious risk to his health, well being and life. Defendants mind set of total disregard to inmates medical care for a diagnosed Heart Condition of severe Aortic Valve insuffiniency with flow reversal (Regurgitation), Etiology of cardiac Valve disease. The Plaintiff went to MEDIcal services on 3/29/22 at about 8:30 Am complaining about shortness of breath and chest pains. Was seen by KEETON R.N.. The Clinical Encounter notes (see Exhibit 1.1, 1.2, 1.3) That KEETON informed the Defendant of Plaintiff's situation, and attempted to show Defendant the Plaintiff's E.K.G. from earlier that day. without looking at the E.K.G. the Defendant stated that "the inmate is fine".

(1)

further when Defendant was told by nursing staff that Plaintiff was symptomatic, Defendant stated "Aren't they all when they want something". Later that morning, about 10:15 Am the PAramedic presented that days E.K.G. with one from a few weeks earlier Defendant did not review the E.K.G.'s and refused to evaluate the Plaintiff. (see exhibit 2). At about 12:45 on 3/29/22 Plaintiff's unit manager seeing the distress Plaintiff was in, escorted him to medical services. while in medical Defendant only seen Plaintiff after Unit Manager T. Jackson spoke to Defendant. (see exhibit 3)

Defendants indifference to Plaintiffs medical can be shown by his removing orders and failing to approve orders from other Doctors and specialist. Defendant did this with full knowledge of Plaintiffs medical conditions, by his signing off after reviewing other Doctor's reports.

(2)

As a result of Defendants Deliberate Indifference, Plaintiff continued to needlessly suffer cardiac episodes any of which could have resulted in Plaintiffs death. Defendant, who knew or should have known about Plaintiffs cardiac episodes failed to provide timely treatment, instead dismissed Plaintiffs condition as being fine. Defendants actions and/or inactions fall well below acceptable medical standards especially when non-medical trained individual, T. Jackson - Plaintiffs Unit Manager could see something was wrong with the Plaintiff.

About 4/10/22 Plaintiff was admitted to DUKE Hospital for 3 days. About 4/21/22 Plaintiff under went his second open HEART operation. Defendant ignored medical records and other medical staff who explained and tried to show Defendant that Plaintiff was having a cardiac episode. As a result of Defendants intentional willful and malicious action and/or inactions Plaintiff suffered extreme fear of dying, a change of his Quality of life, unnecessary and wanton infliction of pain, proscribed by the Eighth Amendment.

(3)

| | |
|---|---|
| **What happened to you?** | Please see attached statement of facts #1 |

| | |
|---|---|
| **When did it happen to you?** | Defendants deliberate indifference to Plaintiff's serious medical care started about NOV. 2020, and has continued to the present. |

| | |
|---|---|
| **Where did it happen to you?** | The deliberate indifference to Plaintiffs serious medical condition occured while he was incarcerated at F.C.I. 2 in Butner N.C. |

Page 6 of 10

**What was your injury?**

As a result of defendant's actions and/or inactions described above, Plaintiff has suffered unnecessary and wonton infliction of pain, Quality of life and the spectre of Death.

## VI.  ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?      ☒ Yes     ☐ No

If no, explain why not:

Is the grievance process completed?      ☒ Yes     ☐ No

If no, explain why not:

According to B.O.P. Program statement 542.0 I have exhuasted all my administrative remedy procedures.

## VII.  RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I Am requesting relief in the form of an injuction for a change of Doctor. All attorney fee's and cost. $1,000,000.00 for punitive clamages and $2,000,000.00 for compensatory damages and any additional relief the court deems proper.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?               ☒ Yes    ☐ No

       If yes, how many?  One

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Defendants = correct care solutions d/b/a WELL path LLC
       correctional Health care companies, INC d/b/a
       correctional Health care management
       monica Albers BSN. RN CCHP
       Esmeralda Ziegelmann RN
       Kimberly L.N.U. RN
       John or Jane DOE Nurses
court = Denver Colorado
civil Auction NO.= 19-cv= 03002- GPG
NAture = fourteenth Amendment violation Deliberate Indifference.
Ended in settlement

## IX.   PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

6/5/23
Dated

Robert E. Lafond
Plaintiff's Signature

Robert E. Lafond
Printed Name

44053-013
Prison Identification #

P.O. Box 1500        Butner            North Carolina      27509
Prison Address                  City                   State        Zip Code